# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LUIS A SUCUP MEJIA,** | Civil Action No. 25-17852 (SDW) |
| **Petitioner,** | |
| v. | **ORDER** |
| **KRISTI NOEM, et al.,** | |
| **Respondents.** | |

This Court having granted Petitioner Luis A Sucup Mejia's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) on November 24, 2025 (ECF No. 2), and Petitioner having submitted a letter indicating that he received a bond hearing and consented to dismissal of the habeas proceedings (ECF No. 5),

**IT IS** on this __15th__ day of __December__, 2025

**ORDERED** that the Clerk shall close this matter. The restrictions imposed on Petitioner's location during this matter are **LIFTED**.

                                                                                            _____
                                                                                            Hon. Susan D. Wigenton,
                                                                                            United States District Judge